# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARSHELLE HIGHTOWER** | : | **CIVIL ACTION** |
| *Individually and as Parent and* | : | |
| *Guardian of R.S., a Minor* | : | |
| *Plaintiff* | : | |
| | : | **NO. 21-3687** |
| **v.** | : | |
| | : | |
| **VALLEY FORGE MILITARY** | : | |
| **ACADEMY & COLLEGE** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 10th day of August 2022, upon consideration of Defendant Valley Forge Military Academy & College's ("Defendant") *motion to dismiss*, [ECF 7], Plaintiff Marshelle Hightower's ("Plaintiff") response in opposition, [ECF 8],[1] Defendant's reply [ECF 9], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In her response in opposition, Plaintiff requests leave to conduct limited discovery. [ECF 8]. Plaintiff's request is denied for the reasons set forth in the Memorandum Opinion.